IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

DONALD HARTMAN, Register No. 534307,　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　　　　　　)　　No. 06-4109-CV-C-NKL
　　　　　　　　　　　　　　　　　　　　　　)
DAVE DORMIRE, et al.,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Defendants.　　　　　　　　)

## ORDER

On March 22, 2007, the United States Magistrate Judge recommended that plaintiff's motion for judgment on his pleadings be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of March 22, 2007, is adopted. [83] It is further

ORDERED that plaintiff's motion for judgment on his pleadings is denied [55].

_/s/ Nanette Laughrey_
NANETTE K. LAUGHREY
United States District Judge

Dated: 5-4-07
Jefferson City, Missouri