IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| DONALD HARTMAN, Register No. 534307, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-4109-CV-C-NKL |
| ) | |
| DAVE DORMIRE, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On May 31, 2007, United States Magistrate Judge William A. Knox recommended that plaintiff's motion for preliminary injunctive relief and corresponding telephone conference be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of May 31, 2007, is adopted. [101] It is further

ORDERED that plaintiff's motion for preliminary injunctive relief and corresponding telephone conference is denied. [93]

/s/ Nanette Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: 7-3-07
Jefferson City, Missouri