# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

DONALD HARTMAN, Register No. 534307,  )
                                       )
                 Plaintiff,            )
                                       )
        v.                             )     No. 06-4109-CV-C-NKL
                                       )
DAVE DORMIRE, et al.,                  )
                                       )
                 Defendants.           )

## ORDER

On September 20, 2007, United States Magistrate Judge William A. Knox recommended denial of plaintiff's request for a preliminary injunction. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record[1], including the exceptions filed by plaintiff on October 1, 2007. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation, and plaintiff was advised that if he needed medical treatment different than what he was receiving, he should notify the appropriate medical personnel. Plaintiff indicates his medication is not working, but he does not state that he has told his treating physician. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of September 20, 2007, is adopted. [124] It is further

---

[1] Court proceedings, if any, are recorded by electronic recording equipment and the tapes are available for review by the court and counsel.

ORDERED that plaintiff's motion of July 30, 2007, for a preliminary injunction directing that he be released from administrative segregation is denied. [115]

/s/

NANETTE K. LAUGHREY
United States District Judge

Dated: January 11, 2008
Jefferson City, Missouri