IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

DONALD HARTMAN, Register No. 534307, )
)
                Plaintiff, )
)
v. ) No. 06-4109-CV-C-NKL
)
DAVE DORMIRE, et al., )
)
                Defendants. )

## ORDER

On January 28, 2008, United States Magistrate Judge William A. Knox recommended granting defendants' motion for summary judgment. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff on February 11, 2008. The two issues raised in plaintiff's exceptions do not show the Magistrate Judge erred. The court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

Inmates who file an appeal with the United States Court of Appeals for the Eighth Circuit are required to pay the full $455.00 appellate filing fee, regardless of the outcome of the appeal. Henderson v. Norris, 129 F.3d 481, 484 (8th Cir. 1997). The filing of a notice of appeal is considered a consent by the inmate to allow prison officials to deduct an initial partial appellate filing fee and later installments from the prisoner's account.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of January 28, 2008, is adopted. [142] It is further

ORDERED that defendants' motion for summary judgment is granted and plaintiff's claims are dismissed. [122] It is further

ORDERED that plaintiff's motion for judgment on the pleadings is denied as moot.
[139]

*signature*

NANETTE K. LAUGHREY
United States District Judge

Dated: 2-21-08
Jefferson City, Missouri